UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| ERIC T. BAKER, | |
|---|---|
| Plaintiff, | |
| -against- | 22-CV-3745(LTS) |
| GVS PROPERTIES d/b/a ALMA REALTY CORP.,, | CIVIL JUDGMENT |
| Defendants. | |

For the reasons stated in the August 22, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 22, 2022
         New York, New York

                                               /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                          Chief United States District Judge